IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MANN, | : | Case No. 4:15-CV-01440 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| HEATHER BALES, *et al.*, | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

## ORDER
October 7, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation (ECF No. 85) is ADOPTED in its entirety.

2. Defendants Heather Bales and Mann Insurance Agency's Motion to Dismiss (ECF No. 30) is GRANTED based on this Court's lack of personal jurisdiction over Defendants.

3. Defendants George F. Mann, III, Julia A. Mann, Judson H. Mann, G.F. Mann Agency, Ltd. and Global Risk Services' Motion to Dismiss (ECF No. 35) is GRANTED based on this Court's lack of personal jurisdiction over Defendants.

4. Plaintiff's "Motion to Recall Plaintiff's Opposition Motion to Docs. 76 & 78" (ECF No. 92) is DENIED AS MOOT. Should he care to do so, Plaintiff is directed to re-file this Motion with United States District Court for the Northern District of Illinois.

5. Plaintiff's "Motion to Compel MinTrial, Mediation, or Arbitration" (ECF No. 99) is DENIED AS MOOT. Should he care to do so, Plaintiff is directed to re-file this Motion with the United States District Court for the Northern District of Illinois.

6. Pursuant to 28 U.S.C. § 1631, the Clerk of Courts is directed to transfer this case to United States District Court for the Northern District of Illinois.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge